TRAXLER, Circuit Judge,
dissenting:
I recognize that Poulin was not completely forthcoming in responding to questions from U.S. Specialty about his diabetes, but I feel that his disclosure to U.S. Specialty within two months of the crash that he had had diabetes since 1987 and that he had been using insulin since 1994 was sufficient information given within sufficient time for U.S. Specialty to oppose coverage. Under these circumstances, I cannot conclude that Poulin’s later refusal to answer some questions was a material and substantial breach of his duty to cooperate.
I would reach the merits of the coverage question and hold that Va.Code Ann. § 38.2-2227 precludes U.S. Specialty from utilizing misinformation to the FAA about Poulin’s diabetes to deny coverage for claims arising from a crash caused by the airplane’s running out of gas. Accordingly, I respectfully dissent.